Dena C. Sharp (SBN 245869)
dsharp@girardsharp.com
Adam E. Polk (SBN 273000)
apolk@girardsharp.com
Sarah R. London (SBN 267083)
slondon@girardsharp.com
Andrew R. Kaufman (pro hac to be filed)
akaufman@girardsharp.com
Muriel Kenfield-Kelleher (pro hac to be filed)
mkelleher@girardsharp.com
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Micha Star Liberty
micha@libertylaw.com
**LIBERTY LAW**
California Bar No. 215687
1999 Harrison Street, Ste. 1800
Oakland, CA 94612
Phone: 510–645–1000

Margaret E. Mabie (pro hac to be filed)
Margaretmabie@marsh.law
**MARSH LAW FIRM PLLC**
31 Hudson Yards, 11th Floor
New York, New York 10001
Telephone: (315) 296- 9046

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| JANE DOE 1, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>X.AI CORP., a Nevada Corporation, and X.AI LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 5:26-cv-09016<br><br>**DECLARATION OF MARGARET E. MABIE ISO PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM** |

I, MARGARET E. MABIE, declare under penalty of perjury that the following is true and correct:

1. I am a Partner at Marsh Law Firm and I represent Plaintiff who is a victim in a known, legacy child pornography series. I represent her in matters related to her status as a victim of child pornography crimes. I am making this declaration based upon my own personal knowledge and professional experience as an attorney in support of the Plaintiff's motion for leave to proceed under pseudonym.

2. The Marsh Law Firm has represented Plaintiff since April 2016.

3. The Marsh Law Firm has represented Plaintiff in other civil and criminal matters related to her victimization through child pornography. In each of these matters, a pseudonym has been used in order to protect their anonymity. No court has ordered that she proceed with her legal name in any court proceeding.

4. Plaintiff has suffered and continues to suffer from grievous psychological harm resulting from the child-pornography-related crimes of which she was a victim. Plaintiff suffers from anxiety, depression, post-traumatic stress disorder, and hyper-vigilance. Plaintiff lives in daily fear that someone will discover her identity and link it to the child sexual abuse images of her on the internet.

5. Plaintiff requests, through counsel, the permission to use a pseudonym herein to protect herself from imminent physical and psychological harm, harassment, injury, ridicule, invasion of privacy, and personal embarrassment.

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct.

Executed on August 26, 2026, in New York, New York.

By: */s/ Margaret E. Mabie*
Margaret E. Mabie

**FILER'S ATTESTATION**

I, Dena C. Sharp, am the ECF User whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that all counsel listed above have concurred in this filing.

DATED: August 26, 2026

*/s/ Dena C. Sharp*
Dena C. Sharp

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also certify that I caused the foregoing document to be served on defendants.

By: /s/ *Dena C. Sharp*
Dena C. Sharp