**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

JANE DOE 1, on behalf of herself and all others similarly situated

Plaintiff,

v.

X.AI CORP., a Nevada Corporation, and X.AI LLC, a Nevada limited liability company,

Defendants.

Case No. 5:26-cv-09016

**~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

***AS MODIFIED BY THE COURT***

**[~~PROPOSED~~ ORDER]**

Before the Court is Plaintiff Jane Doe 1 ("Plaintiff")'s Motion for Leave to Proceed Under Pseudonym ("Motion") ~~came on regularly for hearing on [date], 2026, at [time]~~. An opposition was due on September 9, 2026. No opposition has been filed. Having read and considered the Motion, ~~any opposition to the Motion, and the arguments of the parties presented at the hearing,~~ the Court **GRANTS** the Motion. Plaintiff has demonstrated that her need for anonymity in this case outweighs any prejudice to the opposing parties and the public's interest in knowing her identity. *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1068 (9th Cir. 2000).

The following orders and restrictions shall apply to all proceedings in this matter:

1) When filing pleadings, motions, or other documents with the Court, the parties shall use the pseudonym Jane Doe 1 to identify Plaintiff. Exhibits that contain the true name of Plaintiff or that contain any other identifying information shall be redacted before filing.

2) The true name of Plaintiff shall remain confidential, and no party or their representatives shall publicly identify this individual as a party or witness in the case. Defendants shall provide a copy of this Order to other persons who are involved in the defense of the case and who have a need to know the true name of Plaintiff. Defendants shall have the duty to reasonably ensure that such personnel comply with the terms of this Order and shall be responsible upon breach of such duty.

**IT IS SO ORDERED**

Dated: September 14, 2026

[signature]
United States District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on August 26, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record. I also certify that I caused the foregoing document to be served on defendants.

By: /s/ *Dena C. Sharp*
Dena C. Sharp